**Dismiss; Opinion Filed September 4, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-20-00459-CV
_____

**JOSE ANTONIO ROJAS, EDUARDO ROJAS, MARIA TRINIDAD-ROJAS AND GEORGETTE TRINIDAD-ROJAS, Appellants**
**V.**
**SUZANNE MCKOWN, INDIVIDUALLY AND AS HEIR OF MATTHEW MCKOWN, DECEASED, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00894**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Evans
Opinion by Justice Myers

Appellants' brief in this case is overdue. By postcard dated July 8, 2020, we notified appellants the time for filing appellants' brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).



/Lana Myers/
LANA MYERS
JUSTICE

200459F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOSE ANTONIO ROJAS, EDUARDO ROJAS, MARIA TRINIDAD-ROJAS AND GEORGETTE TRINIDAD-ROJAS, Appellants

No. 05-20-00459-CV    V.

SUZANNE MCKOWN, INDIVIDUALLY AND AS HEIR OF MATTHEW MCKOWN, DECEASED, Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-18-00894. Opinion delivered by Justice Myers. Justices Nowell and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SUZANNE MCKOWN, INDIVIDUALLY AND AS HEIR OF MATTHEW MCKOWN, DECEASED recover her costs of this appeal from appellants JOSE ANTONIO ROJAS, EDUARDO ROJAS, MARIA TRINIDAD-ROJAS AND GEORGETTE TRINIDAD-ROJAS.

Judgment entered this 4th day of September, 2020.